IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY

| | |
|---|---|
| MUNICIPAL SALES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 15-CV-00128-BP |
| ) | |
| DESERT GOLD ENTERPRISES, INC. ) | |
| ) | |
| and ) | |
| ) | |
| DOUGLAS PRODUCTS AND PACKAGING ) | |
| COMPANY, LLC ) | |
| ) | |
| Defendants. ) | |

## AMMENDED NOTICE OF VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE** that at **3:00 p.m.** Eastern time zone(2:00 P.M. Central time zone) on Friday, **June 24, 2016**, the deposition of **Pete Fleetwood**, President of Bio-Nomic Services, will be taken on behalf of the Plaintiff, at 6135 Park S Dr. #510, Charlotte, NC 28210. The deposition will be taken via video conference and video recorded by AWR Court Reporting, 6135 Park S Dr. #510, Charlotte, NC 28210.

The taking of said deposition, if not completed on the date scheduled, will be continued from day-to-day at the same place and between the hours of 9:00 a.m. and 5:00 p.m. until completed.

Respectfully submitted,

PROTZMAN LAW FIRM, LLC

By: /s/ Andrew B. Protzman
Andrew B. Protzman, MO #47086
1100 Main Street; Suite 2550
Kansas City, Missouri 64105
Phone: (816) 421-5100 | Fax: (816) 421-5105

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was delivered via the Court's electronic filing system, this 10th day of June, 2016, to:

Daniel C. Estes
Luder & Weist LLP
Ste. 140
Overland Park, KS 66223
P: (913) 491-9300 | F: (913) 491-9323
Email: destes@luderweisterlaw.com
*Counsel for Defendant Desert Gold Enterprises, Inc.*

John K. Power
Husch Blackwell LLP - KCMO
4801 Main Street
Suite 1000
Kansas City, MO 64112
P: (816) 283-4651| F: (816) 421-0596
john.power@huschblackwell.com
*Counsel for Defendant Douglas Products and Packaging Company, LLC*

/s/ *Andrew B. Protzman*